UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY JURGENSEN,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26-CV-1040 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of Defendant's motion to dismiss the First Amended Complaint, ECF No. 17, the Court denies the original motion to dismiss as moot. *See* Ind. Rule 4(e). The Clerk of Court is respectfully directed to terminate ECF No. 13.

Dated: September 3, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge