UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY JURGENSON,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26-CV-1040 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On August 11, 2026, Plaintiff Randy Jurgenson filed a First Amended Complaint in this action. ECF No. 16. On September 1, 2026, Defendant United States of America (the "Government") filed a Motion to Dismiss the First Amended Complaint. ECF No. 17. Per Local Rule 6.1, any opposing or response papers must be served within 14 days. Accordingly, Plaintiff's deadline to oppose the Government's Motion to Dismiss was September 15, 2026.

On September 22, 2026, Plaintiff filed a notice of voluntary partial dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing only Count Two of the First Amended Complaint. ECF No. 21. However, Plaintiff still has not filed any opposition to the Government's Motion to Dismiss or requested an extension. Therefore, IT IS HEREBY ORDERED that Plaintiff shall file his opposition by **October 13, 2026**, or the Court will consider the Government's Motion to Dismiss unopposed.

Dated: October 6, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge